UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JAMES CODY BRYANT,<br>Defendant. | CASE NO. MJ26-618<br><br>COMPLAINT for VIOLATION<br><br>Title 18, U.S.C. Section 956(a)(1), (a)(2)(A) |

BEFORE Brian A. Tsuchida, United States Magistrate Judge, United States District Court for the Western District of Washington.

The undersigned complainant being duly sworn states:

**COUNT ONE**

**(Conspiracy to Murder Persons in a Foreign Country)**

Beginning in or before August 2025, and continuing until on or about February 10, 2026, in Whatcom County, within the Western District of Washington, and elsewhere, JAMES CODY BRYANT knowingly and willfully conspired with another person, namely, J.V.R. and others known and unknown, to commit at a place outside of the



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States, that is, British Columbia, Canada, an act that would constitute the offense of murder if committed in the special maritime and territorial jurisdiction of the United States.

During and in furtherance of the conspiracy, while in the Western District of Washington, JAMES CODY BRYANT committed one or more of the following overt acts, among others, to effect an object of the conspiracy, that is, for J.V.R. to murder persons in British Columbia, Canada and then broadcast the killings over the internet for the public to view:

1. In or about August 2025, at J.V.R.'s request, Bryant agreed to record J.V.R.'s livestream of the planned murders and post it over the internet for the public to view.

2. On or about August 30, 2025, Bryant assisted J.V.R. in testing the quality of the livestream that J.V.R. intended to make of the planned murders. Bryant assured J.V.R. that it "looks solid."

3. On various occasions, Bryant gave J.V.R. tactical advice as to how to carry out the murders. For example, on or about August 8, 2025, while discussing possible target locations for the murders, Bryant told J.V.R.: "Hallways also mean a lot of ways people can escape. Corners to turn. Wide open spaces means numbers." On or about August 26, 2025, Bryant advised that J.V.R. "should have a handgun . . . this is smart." J.V.R. agreed that J.V.R. could "cause a lot of damage this way," and Bryant stated: "[Yeah], you've got solid plans."

4. On or about January 4, 2026, Bryant assisted J.V.R. in conducting a test-run of the livestream that J.V.R. intended to make of the planned murders. Bryant viewed the livestream and confirmed for J.V.R.: "It works. I saw your lighter."

5. On or about January 25, 2026, Bryant sent $14.33 via PayPal to J.V.R. intending for J.V.R. to use the funds to purchase a lighter that would be affixed to an explosive device that J.V.R. planned to detonate during the murders.

6. On or about February 10, 2026, moments before J.V.R. began carrying out the murders, Bryant accessed J.V.R.'s livestream for the purpose of recording and broadcasting it. J.V.R. told Bryant, "I'm going now. Fr [for real]. Live. I shot



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

them. Fuck." Bryant confirmed that Bryant was "watching now" and shortly thereafter told J.V.R. that the stream went down.

7. On various occasions, Bryant discussed with J.V.R. the need to conceal the murder conspiracy. For example, on or about August 11, 2025, Bryant stated: "I think we should find a way to delete all our messages." On or about December 12, 2025, Bryant mentioned "need[ing] to get a VPN" to avoid "get[ting] in trouble [for] posting a shooting video online."

All in violation of Title 18, United States Code, Section 956(a)(1) and (a)(2)(A).

And the complainant states that this Complaint is based on the following information:

## INTRODUCTION

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since September 2015. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am currently assigned to the Seattle Field Division where I am a member of the Domestic Terrorism Squad. In this capacity, I investigate various violent crime and terrorism related offensives. I have received specialized training in conducting domestic terrorism related investigations, investigative techniques, and writing affidavits in support of search warrants investigating violations of federal law.

The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement personnel; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth every fact that I or others have learned during this investigation.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

**A. The Murders at the Tumbler Ridge Secondary School.**

Jesse Van Rootselaar was a Canadian citizen residing in British Columbia. On February 10, 2026, at around 2:00 p.m. local time, Van Rootselaar killed her mother and stepbrother at their residence. Van Rootselaar then drove to the nearby Tumbler Ridge Secondary School and conducted an attack during which Van Rootselaar killed six people, including a staff member and five children ages 12 and 13, and injured two other children who had gunshot wounds that required serious medical treatment. Responding police officers found Van Rootselaar deceased at the scene with an apparent self-inflicted gunshot wound.

The Tumbler Ridge school had CCTV cameras that recorded many of Van Rootselaar's actions during the attack. I have viewed portions of the video recordings along with 3D scans of the crime scene made by the Royal Canadian Mounted Police (RCMP). In summary, Van Rootselaar parked her family's vehicle in the school parking lot and unsuccessfully attempted to gain entry to the school through a locked door. Van Rootselaar then moved along the side of the building to a second entrance which was unlocked, entered the school, and began shooting students and faculty with a rifle. After Van Rootselaar killed and/or incapacitated several victims, Van Rootselaar lit an explosive device and threw it near the school's computer room and library. The device ignited and left obvious blast marks. Van Rootselaar then attempted to gain access to other parts of the school but was deterred by locked doors. Van Rootselaar fired numerous shots into several of the doors. At that time, local police entered the school and encountered Van Rootselaar. Van Rootselaar shot at the officers and then retreated into an empty room, where she shot and killed herself.

Subsequent investigation by Canadian law enforcement officers established that shortly before the school shooting, Van Rootselaar logged in to her Twitch account and initiated a video livestream. I have viewed a recording of the livestream. The livestream showed Van Rootselaar sitting in a vehicle with a rifle and another long gun in her lap.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The livestream lasted approximately 20 seconds before it was disconnected. According to records obtained from Twitch, Van Rootselaar's livestream was viewed by only one Twitch account.

**B. Discord's Disclosure and the Identification of James Cody Bryant.**

Shortly after the Tumbler Ridge school shooting, Discord voluntarily provided information to the RCMP, which subsequently shared the information with the FBI. According to Discord, one of Van Rootselaar's accounts had been communicating about the shooting with user "meldritch_". Discord described the communications between Van Rootselaar and "meldritch_" as follows:

> Based on an internal investigation, Discord has identified two accounts that appear to belong to the perpetrator of the Tumbler Ridge, British Columbia shooting, with the usernames jessjesss (primary account) and lavenderlola (alt account). Discord's review of the user's communications demonstrates that the perpetrator discussed preparation and coordination relating to the shooting in Discord direct messages from November 2025 to February 10, 2026 via direct message with a second Discord user with the username meldritch_; these conversations included discussions about weapons, theft of ammunition, incendiary device construction, target evaluation, logistics relating to livestreaming the attack, and final day-of coordination.

Discord records identified the subscriber for the "meldritch_" account as James Cody Bryant, a resident of Bellingham, Washington. According to records obtained from Twitch, the lone Twitch account that viewed Van Rootselaar's livestream is registered under Bryant's date of birth and known email address.

**C. The Interviews of James Cody Bryant.**

On February 12, 2026, two days after the Tumbler Ridge school shooting, Homeland Security Investigations Special Agents interviewed Bryant at Bryant's residence in Bellingham. Bryant admitted to being the user of the "meldritch_" Discord account. Bryant further confirmed that Bryant had been communicating with Van Rootselaar during the months prior to the murders and had viewed Van Rootselaar's attempted livestream of the attack.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On March 3, 2026, I and other FBI Special Agents interviewed Bryant at Bryant's residence in Bellingham. Bryant provided the following additional details regarding Bryant's relationship with Van Rootselaar and their communications about the murders:

Bryant met Van Rootselaar online approximately three years ago. During the first year, they had sporadic contact until Van Rootselaar was "institutionalized" after being deemed a danger to herself. At that point, Bryant fell out of contact with Van Rootselaar for a while. Van Rootselaar later reinitiated contact with Bryant. However, about one year ago, they fell out of contact again when Van Rootselaar was institutionalized for a second time after setting her room on fire. After this, Bryant and Van Rootselaar began communicating again. They spoke daily during the six months prior to the Tumbler Ridge school shooting.[1] After Van Rootselaar's second institutionalization, Bryant described Van Rootselaar as becoming significantly worse, including increasingly angry and suicidal. Van Rootselaar often spoke about planning to use guns to murder her family members and others because she felt she had been mistreated.

Approximately six months prior to the Tumbler Ridge school shooting, Van Rootselaar told Bryant that she had stolen guns and ammunition from her family's gun safe and was hiding them in her room in preparation for a mass shooting. Van Rootselaar also said she convinced another person to purchase ammunition on her behalf. Van Rootselaar told Bryant about the types of guns and accessories she possessed, including a 3D printed foregrip, firearm magazines, and a "switch" for the SKS (likely referring to a machinegun conversion device). According to Bryant, Van Rootselaar ended up using some of these same items during the Tumbler Ridge shooting.

According to Bryant, Van Rootselaar was fixated on mass shootings and watched livestreamed recordings of past shootings to learn from them. Van Rootselaar wanted to livestream her planned mass shooting. Van Rootselaar requested that Bryant record the livestream of the shooting as it happened and then broadcast it over the internet. Bryant admitted to agreeing to do this to "placate" Van Rootselaar.

---

[1] Bryant confirmed that Bryant was located in Western Washington during nearly all of these conversations.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Bryant also admitted to assisting Van Rootselaar in testing the livestream equipment. Bryant explained that Van Rootselaar had purchased a tactical chest rig designed to carry additional firearm magazines. During the test of the livestream, Van Rootselaar mounted a cell phone to the chest rig. Bryant viewed the test livestream and confirmed for Van Rootselaar that the stream was functional, and the cell phone orientation provided a viewable angle. On other occasions, Van Rootselaar sent Bryant videos of Van Rootselaar practicing using a firearm with a 3D printed silencer.

Bryant explained that during the six months prior to the shooting, Bryant and Van Rootselaar spoke about selecting a target location for the mass shooting. Van Rootselaar wanted to select a location that would lead to the largest number of victims. Van Rootselaar said a school would be an attractive target. According to Bryant, Bryant told Van Rootselaar it was a bad idea to attack a school because there would be too many young victims. Instead, Bryant suggested that Van Rootselaar attack a grocery store or a church.

During the hours prior to the shooting, Bryant admitted to being in contact with Van Rootselaar over Discord. Van Rootselaar confirmed that she was going to commit the murders that day. According to Bryant, this was the third time Van Rootselaar had said this. Van Rootselaar told Bryant that she was going through with the murders because she could not bring herself to commit suicide. Later that morning, Van Rootselaar told Bryant she had just killed two of her family members and that she was in the car preparing to drive to the Tumbler Ridge Secondary School. Van Rootselaar then sent Byant the livestream link and instructed Bryant to record and broadcast it. Bryant did so, but the link went down shortly thereafter.

Bryant showed agents videos and photographs depicting Van Rootselaar that were stored on Bryant's cell phone. In some of these images, Van Rootselaar was wearing similar clothing and other items that she wore during the school shooting. The Discord messages between Bryant and Van Rootselaar were no longer stored on Bryant's phone. Bryant declined to give consent for Discord to provide the FBI with the messages.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**D. The Discord Search Warrant.**

On March 13, 2026, a United States Magistrate Judge for the Western District of Washington issued a search warrant for Bryant's Discord account ("meldritch_"). The FBI obtained responsive records from Discord on March 26, 2026. The records contained numerous communications between Bryant ("meldritch_") and Van Rootselaar ("brave_kitten_01595") during the six months prior to the murders at the Tumbler Ridge school. These communications are summarized below.

**E. Conversations about Planning and Preparing for the Attack.**

Bryant and Van Rootselaar had numerous conversations relating to Van Rootselaar's planning and preparation for the murders, including discussing potential attack locations, the way the attack would unfold, and related topics. During some of these conversations, Bryant gave Van Rootselaar tactical advice regarding the carrying out of the attack, including that: "wide open spaces" are conducive to more casualties; Van Rootselaar should be armed with a handgun, among other weapons; and Van Rootselaar should make a functional suicide vest instead of a fake vest. Some of these conversations are set forth below.

On or about August 8, 2025, Bryant and Van Rootselaar had the following exchanges:

> **Van Rootselaar:** The deadliest school shooting in Canada happened in 1989 and 14 people died, they were all female students because the shooter hated women and feminism and was misogynist. It was at École Polytechnic. Means if I managed to cause more than 14 deaths on a school ground like a college or sum it would make it the deadliest school shooting in all of Canadian history even if I didn't surpass the Nova Scotia killings. Getting 14 kills is a lot easier than getting 22, though if I got more than 22 it'd be simply the deadliest shooting in Canadian history period. So if I got over 5 that'd steal that title.
>
> **Bryant:** Hallways also mean a lot of ways people can escape. Corners to turn. Wide open spaces means numbers.

*****

> **Van Rootselaar:** Hmm, I think I should drive to Dawson/FSJ/PG/etc n book a hotel before the attack so I can attack at a very precise time. Rather than just



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

driving to where I need to go and then hoping I show up at the right time, gives me time to make sure I show up to the target location at the right time (When there are the most people active there) I've been thinking about either a mall or school

**Van Rootselaar:** A place like Walmart or Costco would have a lot of people too, but it's wayyy too wide and open. Plus I don't wanna die in a shitty Walmart I'd rather a mall because at least that's a nice place to buy things lol

**Van Rootselaar:** I **reallly** wanna avoid doing a school but it rlly seems like that might be a possibility, there's just so many reasons why it's ideal

**Bryant:** The hotel seems like a good idea

**Van Rootselaar:** Dis area is neat [Northern Lights College – Dawson Creek]




**Van Rootselaar:** 1.6km away from the police station

> **Van Rootselaar:** Out of the places I've looked at this seems to give me the best chance at getting a lot of time to shoot before the cops show up

On or about August 11, 2025, Van Rootselaar and Bryant continued to discuss Van Rootselaar's planned attack:

> **Van Rootselaar:** I think it'd be pretty hard to escape me with extended magazines on my vector, the recoil is just so light that I really don't think I'd miss. And the suppressive fire would make it hard to run so I think more people would end up hiding. I want people to hide because that means I can play hide and seek. It's hard to bolt down a hallway to escape when an accurate barrage of fire is being sent down it with ease.
>
> **Bryant:** Yeah I think it will be. It's weird how like I find minor annoyance a worse sin than like major wrongs.
>
> **Van Rootselaar:** Like howso
>
> **Bryant:** I'm pretty chill with you rn. Quick recovery. And I went on and on abt Lily lmao
>
> **Van Rootselaar:** well I think I'm pretty unbothersome usually. Is that a word lol. Unbothersome.
>
> **Bryant:** Yeah probably. Hate to say it, but I think we should find a way to delete all our messages.
>
> **Van Rootselaar:** how
>
> **Bryant:** Or consider it. Idk.
>
> **Van Rootselaar:** I'm not changing account
>
> **Bryant:** I might
>
> **Van Rootselaar:** You can if you want. I don't mind losing the old messages. Nothing of value lost.
>
> **Bryant:** Sucks that discord can't mass delete
>
> **Van Rootselaar:** Yeah true
>
> **Bryant:** I just don't like knowing it's all there



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on my training and experience, individuals engaging in illegal activity often delete communications to avoid detection from law enforcement.

On or about August 26, 2025, Bryant advised Van Rootselaar that it would be "smart" for Van Rootselaar to be armed with a handgun (among other firearms) during the attack:

> **Van Rootselaar:** Bringing 3 guns will ensure I don't have problems with my weaponz, I'll always have a backup throughout the whole thing. I might even bring 4 guns if I decide to make a handgun
>
> **Bryant:** should have a handgun if you can manage a print tbh
>
> **Van Rootselaar:** lmao. That's odd.
>
> **Bryant:** same page
>
> **Van Rootselaar:** literally both thinking the same thing ya
>
> **Bryant:** this is smart though
>
> **Roostselaar:** thx ^ ^. Honestly I think I can cause a lot of damage this way.
>
> **Bryant:** yeah you've got solid plans

On or about September 1, 2025, Van Rootselaar discussed the possibility of making a suicide vest to wear during the shooting. Bryant recommended that Van Rootselaar make an actual working suicide vest rather than a fake vest.

> **Van Rootselaar:** I'm not sure which to do btw. I could either make the suicide vest super lowkey so nobody knows that im potential unexploed ordinance lmao, elemt of surprise. Or I could make it super obvious and put fake movie-like wires all over it to make it more obvious, element of intimidation. And making people not wanna come near. Real suicide vests are typically less obvious than you would expect but I could deliberately make the vest more noticeable like how the pulse shooter used a fake vest for intimidation, I can wear a real one but make it obvious for that same effect. Wut r ur thoughts

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** Function over form imo. As long as it works it's good

**Van Rootselaar:** fair point

On or about December 25, 2025, Van Rootselaar and Bryant discussed whether Van Rootselaar will have "fans" after committing the murders:

**Van Rootselaar:** Wut do you think. Would I have fans

**Bryant:** I think you definitely would

**Rootselaaar:** I wonder if people would be mad at them for romanticizing me when I am quite hazardous

**Bryant:** probably lol

**Van Rootselaar:** ya I think they would lol like romanticizing true crime or killers

On or about January 29-30, 2026, Van Rootselaar and Bryant continued to discuss Van Rootselaar's planned attack:

**Van Rootselaar:** I wish I was closer to the people who deserved to be punished. Not just randos in my town in the middle of nowhere. There are so many people who are. They're close to the valuable targets yet they sit there doing nothing. If you're gonna kill yourself why die like a loser and meaninglessly? At least do something.

**Bryant:** Real

**Van Rootselaar:** mel based as always. A lot of things suck like how violent I feel today. I keep feeling so aggressive. I want to break or burn or hurt something.

**Bryant:** Wish I had a good response and not just :c

**F. Bryant's Provision of Monetary Support for the Attack.**

Bryant and Van Rootselaar had several conversations during which they discussed money Bryant was providing to Van Rootselaar to purchase items for use during the attack, including the shoes Van Rootselaar intended to wear, a lighter Van Rootselaar



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

would use to ignite an explosive device, and stickers to decorate the firearms Van Rootselaar would use to commit the murders.

In August 2025, Van Rootselaar told Bryant that Van Rootselaar wanted a particular pair of shoes that cost approximately $150 Canadian dollars. Bryant agreed to buy the shoes for Van Rootselaar as a birthday gift. On or about August 4, 2025, Van Rootselaar asked for a small amount of additional money for stickers to decorate the firearms Van Rootselaar would use during the attack.

**Van Rootselaar:**




**Van Rootselaar:** Here it is

**Bryant:** love the stickers. [] stickers would be so funny to be seen in photos of the incident

**Van Rootselaar:** I need to buy some more stickers. You should send me an extra tiny bit of money whenever u do for stickers lol

**Bryant:** Lol I was already planning on sending a lil more for shipping costs too. Like 150 usd. Total.

**Van Rootselaar:** Sweet



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

During this conversation, I believe Bryant was referring to sending Van Rootselaar $150 USD for the previously referenced shoes and related shipping costs, and "a lil more" for the stickers.

On or about August 6, 2025, Van Rootselaar asked Bryant to purchase a Tec-9 firearm parts kit for Van Rootselaar:

> **Van Rootselaar:** I asked you to buy me a tec-9 parts kit. Sadly you are responsible enough to understand that sending me a machine gun is irresponsible.
>
> **Bryant:** yeah unfortunately. If I didn't have to send them I'd be down.
>
> **Van Rootselaar:** valid

On or about August 20, 2025, Van Rootselaar asked Bryant to purchase a 3D printed firearm kit for Van Rootselaar:

> **Rootsealaar:** Order a printed gun kit. I'm pretty sure it's legal for you to make :P
>
> **Bryant:** Ooo maybe
>
> **Rootselaaar:** You should send me a printed gun kit lol. Buy 2.
>
> **Bryant:** Lol
>
> **Van Rootselaar:** One for you and one for me pls send :3 pls
>
> **Bryant:** I'm not risking mailing that shit
>
> **Van Rootselaar:** valid I guess. You should bring it to me irl. We can meet. Gimme :3
>
> **Bryant:** Can you sneak that over the border I wonder
>
> **Rootsealaar:** Probably it's just part. Store it with something where it's inconspicuous. Ppl r dumb.
>
> **Bryant:** I'll have to see the parts. I could manage it I think.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

> **Van Rootselaar:** It'd be lovely if you did. Those print kits are really nice and high quality, compared to what you can make in Europe and Canada like the Urutau or FGC-9 or NAG. Like the ones designed to be easily made without access to firearms parts are rlly cool and functional too, it's just. The ones people get in the US with the actual firearm parts being utilized are much more ergonomic..lol
>
> **Bryant:** We do need to figure out a way for me to give you money
>
> **Van Rootselaar:** Yeah we do. My death is coming up soon and I may not even receive my birthday gift from u lol
>
> **Byrant:** Tragic. Sending money is just annoying if you can't get the easy apps set up
>
> **Van Rootselaar:** I mean maybe you could send it to my mum? I have an account I just don't friggin know how to use lol. I'm so dumb and useless and neet. At least I'll have a higher/better KD/R than others.

During this conversation, Van Rootselaar mentioned a "Urutau" and "FGC-9." Based on my training and experience, I know these to be semi-automatic firearms primarily composed of 3D printed parts and assembled without any regulated components (aka "ghost guns"). Van Rootselaar also discussed having a "high/better KD/R than others." I understand that "KD/R" commonly stands for "kill-to-death-ratio," a common metric in first- and third-person shooter video games.

Later that same day, after Van Rootselaar asked Bryant to purchase a 3D printed firearm kit for her in the above conversation, Bryant sent a Discord message to another person stating, "Lookinh at 3d printed gun kits rn. . . . Theyre cheap thoo."

In September 2025, Bryant and Van Rootselaar again discussed the shoes that Bryant was purchasing for Van Rootselaar. Among other things, Van Rootselaar confirmed that she planned to wear the shoes during the attack, and they joked about the impracticality of the shoes for that purpose.

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** Set up a method and I can give ya muns. Im gonna be super annoying about making sure you use them for the shoes tho

**Van Rootselaar:** lol I'm not that mean. *buys ammo* Plus I want the cute shoes for when I do my violence ^^

**Bryant:** I guess I can't really be blamed for contributing to your outfit in that case lmao

**Van Rootselaar:** no lol. Tactical loafers. They improved my agility in chasing down my victims. Off to jail.

**Bryant:** American cops are dumb but like any lawyer would absolutely raw them for trying something that dumb

**Van Rootselaar:** Yeah it has no grounds, also nobody would try that because immediately on paper that sounds so dumb

**Bryant:** Things sounding dumb on paper is normal now

**Van Rootselaar:** I could've worn any shoes, sneakers would likely be more effective.

On November 21, 2025, according to records obtained from PayPal, Bryant sent Van Rootselaar $124.47 via PayPal along with a message reading: "Happy late birthday." In December 2025, Van Rootselaar sent Bryant a photo of the shoes she planned to purchase with the funds Bryant sent. Van Rootselaar again confirmed that she would wear the shoes during the attack. I know based on video footage of the Tumbler Ridge shooting that Van Rootselaar, in fact, wore these same shotes during the attack.[2]

[2] During Bryant's interview with the FBI on March 3, 2026, Bryant admitted to purchasing these shoes for Van Rootselaar.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Van Rootselaar:**



**Van Rootselaar:** Similar enough to the original things I wanted. 150 cad.

**Bryant:** those r cute. Gotta wear your loafers too, probably not a the best for ice amd snow

**Van Rootselaar:** They're not nah. I've thought about wearing snow boots and just changing shoes when I get in the car but I figure they'd still get wet anyway. Like when I arrive on scene.

**Bryant:** Yeah lol

**Van Rootselaar:** Best thing to probably do is just take getting wet feet. They have traction so I wouldn't slip on ice or anything I just am annoyed that like I'll have to get wet feet probably lol

**Bryant:** Gotta be cute, it's important

**Van Rootselaar:** Yeah I don't want big ugly warm cozy winter boots lol

**Bryant:** Glad I was finally able to get them for u

**Van Rootselaar:** Same I was super abt it



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** You deserve nice things

In late December 2025, Van Rootselaar and Bryant discussed a problem Van Rootselaar was having with the sights on some of her firearms. Bryant told Van Rootselaar that Bryant would not purchase a replacement sight or a sight adjustment tool.

**Van Rootselaar:** Y'know wut kinda sucks? The police knocked my SKS sights off zero a lil bit when they roughly confiscated it, so the gun has been hitting high and to the left. And also the people who tripped my room like the insurance and stuff got rid of my old SKS sight adjustment tool so I need a new one and I need to go shooting to adjust it anyways. So it's a lot of work and I may end up doing my plan with a gun with sights that are super off. But I know where the hold is so I'm sure I can still do fine.

**Bryant:** I believe you can make due, it'd def just suck

**Van Rootselaar:** Yeah I've gone shooting with it a few times it's just harder to hit shots but I'll probably mostly be up close anyways

**Bryant:** I can't/won't buy you one

**Van Rootselaar:** Tehcnically u can but yeah I can see why maybe u don't wanna directly get me firearm related stuf even if it's just a tool

**Bryant:** Yeah, I'm not gonna contribute to your plan in that way

On or about January 22-25, 2026, three weeks prior to the Tumbler Ridge school shooting, Van Rootselaar discussed her plan to build an explosive device to detonate during the planned attack. Van Rootselaar asked Bryant to send her money to purchase a lighter for use in constructing the device. Bryant agreed to do so.

**Van Rootselaar:** Sadly the original lid to my Molotov broke also on top of how the tape did earlier. I fixed it up tho. But I made a new lid via this stretchy pink thing and some sealant lol.

**Van Rootselaar:** It's crazy how many flammable things are in this. Even explosive. I dumped two shotgun shells in dis, I also put 2 full entire .22lr rounds cuz why not lol, and also the crude kcio3 and sugar rocket mixture stuf can also push the material out and spread it. I bet this can make a whole room go up super quickly.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** sounds dangerous

**Van Rootselaar:** that's kinda the point ya

**Van Rootselaar:** The fire should make the situation more complex for first responders, the smoke can make it harder to tell if a person they see is a threat or if they are simply someone trying to escape or run away. Which would make them encroaching on me slower due to them having to be careful to identify who is a threat through the haze of putrid black smoke. Lol I should've put glitter in it before I sealed it glitter is annoying and cute.

**Bryant:** Lol. Molten glitter

**Van Rootselaar:** I put that blue rubber band on the bottle so when its time for me to leave I can take whatever lighter I've been using at the time to light my weed and I can pin it between the rubber band and the bottle to bring with me and have readily accessible to use for the bottle. Smart to have the lighter accessible as quickly as possible so I can get back to shooting.

**Van Rootselaar**: Mel do u hav $ to spare I need a lighter and maybe like a monster cuz my sleep schedule is backwards n im trying to stay up

**Bryant**: check ur paypal

**Van Rootselaar**: ur so amazing

As indicated by Bryant during the above conversation, on January 25, 2026, Bryant used PayPal to send Van Rootselaar $14.33 for the lighter. However, Paypal reversed the transaction because Van Rootselaar's PayPal account had been deactivated. Later on January 25, 2026, Bryant and Van Rootselaar discussed this and considered alternative ways for Bryant to send the funds to Van Rootselaar, including via Apple Pay:

**Van Rootselaar:** wtf. Why has my PayPal account been suddenly permanently deactivated.

**Bryant:** that is so fucked up.120 days to get your 20 bucks is devious

**Van Rootselaar:** I think I sent ur money back :c guess im getting nothing pmo

**Bryant:** ugh. I hate payment processors. I'm training a fucking bird to deliver you cash.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

> **Van Rootselaar:** Idk why im always getting band from shit. I be doing nothing. I looked into it and there is zero way to dispute it either lol. I'm glad they at least allowed me to refund. My mum has a PayPal I think, idk if u can send it to her anonymously tho. I kinda don't want her to see ur deadname.
>
> **Bryant:** yeah I don't think so
>
> **Van Rootselaar:** rip. Guess there's no way.
>
> **Bryant:** need to figure out smoe way to get you money\ I wanna make sure you get your stuff. Literally giving you access to my card.
>
> **Van Rootselaar:** lol how does that work
>
> **Bryant:** apple pay or something. Idk if it works internationally

On or about January 25, 2026, Van Rootselaar sent Bryant a photograph of what the fully assembled explosive device would look like with the lighter in place.

> **Van Rootselaar:**



> **Van Rootselaar:** I put one lighter on the side of that bottle I made just now cuz someone gave me a new lighter cuz I was complaining about not having enough. So im gonna put this old lighter here. whenever I do my plan I'll probably put another lighter under the rubber band, whatever lighter I've been using to smoke and know for sure works well. Then I'll have 2 lighters and at least one of them is surely guaranteed to work. This one has fuel in it, it's just finicky so I want another and if somehowwww both lighters don't work there is the match strips.
>
> **Bryant:** backups

Based on my review of the CCTV footage from the Tumbler Ridge Secondary School, I know that Van Rootselaar deployed this same device during the attack.

**G. Bryant's Agreement to Assist in the Livestream of the Attack.**

Throughout the six months prior to the murders, Bryant and Van Rootselaar discussed the importance and logistics of livestreaming the attack. Van Rootselaar was insistent that the murders be livestreamed, recorded, and broadcast over the internet for the public to view. Bryant agreed to record the livestream and disseminate it over the internet. Bryant also assisted Van Rootselaar in conducting test livestreams to ensure the murders would be captured by the cameras Van Rootselaar would be wearing.

On or about August 3, 2025, Van Rootselaar and Bryant had the following conversation:

> **Van Rootselaar:** Oh yeah, whenever you get the live stream if I can manage to make one you can try posting it on a site like watch people die and a few other places and hopefully people will copy and share it to the point where it cannot be censored. Reddit would just immediately nuke it because of Christchurch, some other places might be fine tho.
>
> **Bryant:** Makes sense

On or about August 30, 2025, Bryant assisted Van Rootselaar in conducting a test livestream. Bryant also suggested that Van Rootselaar could use a Starlink transmission dish to maintain optimal transmission during the attack.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Van Rootselaar:** Streaming works well enough just off my cellular data. So I should be good to stream anywhere. Watching my own stream to test xd

**Bryant:** looks solid

**Van Rootselaar:** Yeah it's better quality than Christchurch and buffalo. So hopefully it stays consistent to this cuz then I'd get a very good quality vid

**Bryant:** might dip if more people are using phones to contact emergency services. Idk.

**Van Rootselaar:** Rlly? I mean maybe but I don't mind so long as I get a single kill on camera. Like the buffalo shooting livestream sucked ass, it was so laggy but it tuned back in and just the right times to catch quite a few key moments of the shooting. It was mostly only 15 seconds worth of the actual shooting itself that got through though lol. But just that lil brief windo of connection it had was enough, has cemented the video in the history of fucked up videos lol

**Bryant:** hopefully it stays decent enough quality for you

**Van Rootselaar:** I think it will b fine. I've thought about bringing a starlink satellite disk on my vehicle just because that would be super easy to setup and would give me a PERFECT connection to let me stream 4K or high qualities.

**Bryant:** starlink disk could be a good option

**Van Rootselaar:** I'm glad you said you'll save the livestream. How ru gonna do that

**Bryant:** screen record probably

On or about September 9, 2025, Van Rootselaar asked if Bryant would be available to stream the attack if Van Rootselaar decided to conduct the attack spontaneously. Bryant confirmed this and provided Van Rootselaar with Bryant's phone number in case she needed to contact Bryant on short notice.

**Van Rootselaar:** Another things im wondering is like, what if spontaneously I decided to do the shooting? Like is someone found out about my plot and was gonna report me about it, id probably kill then and then just immediately start my attack on the spot. Or say the police showed up and I actually defeated them id move on to steal a vehicle to go find more targets to target. So my question is like if you were at magic or work or something and then you heard



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

that I messaged you and I was gonna do my thing would you leave work/leave magic or whatever you're at if convenient? Would you open the livestream link?

**Bryant:** I would yeah. I have to.

**Van Rootselaar:** I'd appreciate it. Technically you don't **have** to but I appreciate it still. As my friend you should.

**Bryant:** Mhm. I should. I will. Hopefully I'm awake.

**Van Rootselaar:** ya it'd be annoying if you weren't.

**Bryant:** I think I should give yhou my actual phone number in case you need to wake me.

**Van Rootselaar:** I have urs don't I?

**Bryant:** maybe

**Van Rootselaar:** 813-539-1447

**Bryant:** oh yeah

On or about September 11, 2025, Van Rootselaar and Bryant discussed whether Van Rootselaar's livestream attack should contain an audio feed:

**Van Rootselaar:** how do you think I'll react during my attack? There have been some attackers who really built up and rlly liked the thought of it in their head, but once they started doing their attack felt immediate regret and took their own lives to escape the situation. So that's a potential reaction, yknow. I could stop at any time but I could also not; or I could continue hesitantly or may I'd enjoy it a bunch who knows. I could also talk in it, be cruel. Or I could just be more silent and efficient. I really could act in any way.

**Bryant:** I think you'd go silent and focus on it. I think if something goes wrong you could easily get upset over it and either make a mistake or just go for the exit strategy (boom).

**Van Rootselaar:** maybe ya. Idk, I might upset? But also I kinda feel like anything that goes wrong I brought on myself. I might honestly just due to my voice being ugly lol, but I also might just not. I think after I confirm that my stream has gone down I'd feel more comfortable to talk.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** valid yeah

**Van Rootselaar:** I think this is good, in terms of achieving the highest toll. Which is ideal, because if im gonna throw my life away I may as well do it effectively. Take as many with as I can.

**Bryant:** mhmm. No lasting evidence of your voice, just a pretty girl gunning ppl down.

**Van Rootselaar:** I mean I'm sure there'd be at least someeeeee voice clip of me out there they could use. But it does leave it more ambiguous if I don't talk during the livestream. Like, oh, did they do vocal training yet or not? No way to tell (Answer: I haven't lol). I contemplated like just not having audio on the livestream, letting it be video only so that I can yap as much as I want during. But I feel like the sounds from victims and the gunshot noises are valuable to have caught in audio recording.

**Bryant:** to this

**Van Rootselaar:** yeah, I mean the victims families won't appreciate it but wutevs. Their last helpless moments on earth being recorded with the intent to be archived for viewing after the fact. The last thing they say, and their last movements, etc

**Bryant:** hmm true

On or about December 12, 2025, Van Rootselaar sent Bryant photographs of various items Van Rootselaar planned to wear during the attack and described additional items she intended to have. Bryant confirmed that Bryant saved all the photos.

**Van Rootselaar:** oh yeah I forgot to tell u, u should save some of these photos in case I die. U can post them if I die, not before because obviously that would get me into trouble lol

**Van Rootselaar:** This isn't technically complete. I still need to add um

**Bryant:** I just saved these all



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970




**Van Rootselaar:** the camera holder thing for the stream, and also these dual magazine pouches for more Glock mags; and I want a photo with the SKS also on my back later on but I haven't taken on of all that yet today. I just want some reference pics of what I wore out there of me.

**Bryant:** Ugh I need to get a vpn

**Van Rootselaar:** Why's that

**Bryant:** Idk if I'd get in trouble posting a shooting video online or not

Based on my training and experience, a virtual private network (VPN) is a tool often used by individuals who intend to hide their online activity from law enforcement.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On or about January 5, 2026, Bryant assisted Van Rootselaar in conducting a test run of the livestream to ensure it was functional:

> **Van Rootselaar:** Can I test and go live and see if it works? []
>
> **Bryant:** What platform
>
> **Van Rootselaar:** Twitch probably. Idk how to send the link.
>
> **Bryant:** Might be a share button ifk
>
> **Van Rootselaar:** Can u find my account?
>
> **Bryant:** Yeah
>
> **Van Rootselaar:** Okay tell me when u find it I'll hit the live thing and tell me if it shows up
>
> **Bryant:** I'm on ur page
>
> **Van Rootselaar:** Did anything show up
>
> **Bryant:** It works
>
> **Van Rootselaar:** rlly? Wut do u see
>
> **Bryant:** I saw your lighter
>
> **Van Rootselaar:** oki ya it works ig
>
> *****
>
> **Van Rootselaar:** Y'know technically I could just do it over a discord call stream but ten I'd be relying on you to be there for it even harder. I've seen a few attacks streamed over discord it's been done
>
> **Bryant:** Probably best to do twitch. Just in case.
>
> **Van Rootselaar:** Alr ig. Hopefully my cellular data works well lol

On or about January 21, 2026, Van Rootselaar reiterated the importance of Bryant being available to record and disseminate the livestream of the attack. Bryant again promised to assist with broadcasting the livestream.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Van Rootselaar:** Mel will u fail me when it comes to my livestream tbh or will u not fail meeee

**Bryant:** I won't fail you

**Van Rootselaar:** If you don't post it it won't work. U can't just be there for it.

**Bryant:** of course

**Van Rootselaar:** <3

**Bryant:** Unknown emoji reaction

**Van Rootselaar:** If I don't livestream it people can be detached from the gravity of how I feel. It's just another headline. I need people to see it and personally witness the lives be impacted. Ru sure u couldn't do the stream over a discord call cuz I figured I could maybe get better connection w that just streaming to one.

**Bryant:** probably best to plan for if I happen to be asleep or something

**Van Rootselaar:** yeah I can just do either but if ur around I can do one. U shouldn't sleep through it tho. Wake up and I am dead and possibly many others.

**Bryant:** yeah that would be the worst

**Van Rootselaar:** Agreed. Lol I need attention before I die.

**Bryant:** mhm you do

On or about February 9, 2026, the day before the murders, Van Rootselaar emphasized how important the livestream was to the attack plot. Bryant again assured Van Rootselaar that Bryant would assist with broadcasting the livestream.

**Van Rootselaar:** But, did you know there have been SOOOOO many attempted livestreams of attacks? Like there have been way more that have failed than succeeded. A lot of the time they'll just send it to friends and the friends just won't happen to be there at the time (sound familiar?). Meanwhile, the Christchurch livestream I'm pretty sure had like 50 concurrent views at one point, that's a lot of ppl. Same with the buffalo stream im pretty sure it had like a good few like 20+ people I don't remember. Like I said I don't have a



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

> community of 20+ people to just alter that im doin a crazy stream. I only have you and a few others, so I am likely to fail.
>
> *****
>
> **Van Rootselaar:** If I don't have someone I know for certain is gonna be there I don't wanna do it. The camera holder thing slightly obstructs my ability to operate well.
>
> **Bryant:** I literally fixed my sleep schedule to help me stay up to be there after work.

On or about February 9, 2026, Bryant and Van Rootselaar had a similar exchange:

> **Van Rootselaar:** Tuff, I like how my camera holder thing is for holding my phone it looks nice. Plus the upside down pride flag kinda gives the vibe that it's in distress. Pls tho I rlly do beg that u at least give a sincere try at being there for my final moments n manage to share them. I bought the whole camer holder thing n everything. I don't wanna be let down.
>
> **Bryant:** I will. I'll be there.

**H. Bryant's Agreement to Not Report Van Rootselaar to Law Enforcement.**

During the six months prior to the murders at the Tumbler Ridge school, Bryant repeatedly assured Van Rootselaar that Bryant would not "snitch" by alerting law enforcement about Van Rootselaar's planned attack. For example, on or about August 3, 2025, Bryant and Van Rootselaar had the following exchange:

> **Van Rootselaar**: I don't want my mouth or my messages to get me in trouble again
>
> **Bryant**: You believe me when I promise I won't snitch on you, right?

On or about August 4, 2025, Bryant acknowledged that Bryant "could . . . save lives I guess," but nonetheless promised not to "snitch" on Van Rootselaar:

> **Van Rootselaar:** I really hope you wouldn't ever snitch just because that'd make my life more of a waste lol. Like if you knew I was actively headed somewhere with intent to do something bad. Could totally make a tip about me and get me in trouble.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

> **Bryant:** I could. I don't want to honestly. I know I can like, save lives I guess but idk.
>
> **Van Rootselaar:** Why do those lives even matter? They don't to me, clearly.
>
> **Bryant:** trolly problem. I'd rather you not get snitched on[3]

On or about August 18, 2025, Bryant observed that Bryant "might be the only one" who could stop Van Rootselaar, but thereafter continued to promise not to "snitch" on Van Rootselaar:

> **Van Rootselaar**: I think the only thing limiting how many I kill is how many people I can mange to find before the police get to me. I don't think someone could stop me without a gun of their own.
>
> **Bryant**: I might be the only one who can at this point lol
>
> **Van Rootselaar**: lol how. I mean you could snitch, others technically could do that too tho so ur not the only 1.
>
> **Bryant**: Lots of messages, knowing your name and where you live. Yeah snitching basically.

On or about September 2, 2025, Bryant assured Van Rootselaar that Bryant "still won't snitch" even if Van Rootselaar was preparing to do something that would be chargeable as "terrorism":

> **Van Rootselaar**: If like, I sent you a photo later and I'm making something illegal that would get me charged with terrorism you wouldn't tell anyone right? Like it wouldn't change anything about u not getting my in trouble because of the urgency right? You still won't screw me over?
>
> **Bryant**: I still won't snitch

//

//

---

[3] *See* "Trolley Problem," Wikipedia, https://en.wikipedia.org/wiki/Trolley_problem (visited on September 30, 2026) (The "trolley problem" is a thought experiment in moral philosophy involving a hypothetical ethical dilemma about whether to sacrifice one person to save a larger number of people. The scenario involves a runaway trolley or train that is on course to collide with and kill a number of people who are tied to the tracks, but a driver or bystander can intervene and divert the vehicle to kill just one person on a different track.).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On or about October 14, 2025, Bryant promised that Bryant would not "snitch" even at the moment when Van Rootselaar initiates the livestream link and it becomes clear that the murders are imminent:

> **Van Rootselaar**: u saying you'd be willing to share the livestream wouldn't be a plot to know exactly when I am actually committing my plan right? Because obviously if I sent u a livestram link then you'd know I'm def going through with it, when I did that u wouldn't snitch right?
>
> **Bryant**: Our chat being read concerns me but I guess I gotta cope.
>
> **Van Rootselaar**: srrryyyyy. U better not snitch still. That would be shitty of you. To say the least.
>
> **Bryant**: Nah I promise I wont
>
> **Van Rootselaar**: you're based for that
>
> **Bryant**: I just still really hate the possibility I get in trouble for not being able to delete dms.
>
> *****
>
> **Byrant**: Regardless of the efficacy of calling it in, im not. No desire to conspire against you

On or about January 6, 2026, Van Rootselaar asks if Bryant would "snitch" if she planned to conduct the mass shooting at her former school (Tumbler Ridge). Bryant acknowledged that Bryant had previously discouraged Van Rootselaar from conducting the attack at a school. But Bryant ultimately confirmed Bryant would not "snitch" because "[p]eople die no matter what."

> **Van Rootselaar:** u wouldn't be mad at me if I went to like, my old HS here in town that messed up mine and another of my family members education instead of like a store or something right? Like I thought I heard you say something like u wouldn't snitch unless it was this or something. there aren't many places with people grouped in town other than that and occasional Hollidays. and at a holiday thing there would be way more likely to be *very* young people. like families.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** I think i did say that. Yeah

**Van Rootselaar:** so you're gonna snitch on me?

**Bryant:** if you said something like that, yea. hypotheticals are fine.

**Van Rootselaar:** Why would you do that to me? that makes me quite mad.

**Bryant:** just dont tell me any info like that

**Van Rootselaar:** okay well I was avoiding it, I said I didn't wanna talk about where it could end up being so I'll go back to that. Just don't send the cops here cuz I'll start killing everyone I live with and then the cops

**Bryant:** of course. sorry I'm rlly high

**Van Rootselaar:** same

**Bryant:** I've been keeping this in mind

**Van Rootselaar:** Ya u better not do anything

**Bryant:** People die no matter what

### I. Bryant's Statements of Disapproval and Attempts to Convince Van Rootselaar to Delay or not Commit the Attack.

During several conversations, Bryant expressed disapproval of the attack plot, in particular as it related to targeting a school for the attack. Bryant also occasionally encouraged Van Rootselaar to consider delaying and/or not committing the attack. Some examples are set forth below.

On or about October 30, 2025, Bryant and Van Rootselaar had the following exchange:

**Bryant:** Of course – I'll always have your back. Well, in ways that don't involve me.

**Van Rootselaar:** Yeah you don't support me doing it you want me to recover. You aren't involved. You're just a friend. Literally have zero part in it. And without you? I'd have just done it earlier.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** I am actively working against it, in a way.

**Van Rootselaar:** Exaxtly.

**Bryant:** More people like me should exist.

**Van Rootselaar:** lol true. Probably less people like me should.

On or about November 11, 2025, Bryant and Van Rootselaar had the following exchange:

**Van Rootselaar:** There's no use in going and bothering random online friends and linking more people to the cause and causing more harm unnecessarily

**Bryant:** Mhm and I'm very clearly not helping uwu. Well, not helping you do anything wrong.

**Van Rootselaar:** Yeah you want me not to. You help me avoid doing it for longer too really. Without you I'd have done it way sooner I'm sure.

**Bryant:** Yeah I think so. I'm gonna try not to feel like its my fault if you do it but y'know, I clearly will

**Van Rootselaar:** Why would it be your fault

**Bryant:** Im not mentally well uwu

**Van Rootselaar:** Valid but still you shouldn't let yourself think that

**Bryant:** I'll be fine tho. Well, as fine as one can be

*****

**Van Rootselaar:** Murder is bad enough. I don't hurt animals, kids. Y'know. I'm not that bad but murder is one of the worst things

**Bryant**: Yeah if you said you'd go to a school then I'd take issue more staunchly but luckily you're an angel~you wouldn't do that

**Van Rootselaar**: true lol



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On or about November 24, 2025, Bryant and Van Rootselaar had the following exchange:

> **Van Rootselaar:** It's annoying knowing I won't live to see cool things. I would actually prefer to live tbh. If I could hurt other people but leave myself unharmed I'd always go down that route. Sounds way more fun. I have a lot of things I still want to do in my life that I probably won't ever get to.
>
> **Bryant:** You don't have to die.
>
> **Van Rootselaar:** It's mostly just sad. You say that but my mind knows differently.
>
> **Bryant:** So? If you want to live you can make that happen.
>
> **Van Rootselaar:** Yeah for sure so ez. It's not easy to live, it's easy to die.
>
> **Bryant:** It's not. You're going through a lot of effort to die, too.
>
> **Van Rootselaar:** Yeah a pretty loud way t go.
>
> **Bryant:** You've also managed to not die plenty of times already. Maybe it just really isn't meant to be.
>
> **Van Rootselaar:** I hope I succeed. I don't want life in prison.
>
> **Bryant:** You might not have to try.

On or about December 1, 2025, Van Rootselaar and Bryant discussed how Bryant would remember Van Rootselaar after she goes through with the attack.

> **Van Rootselaar:** Do you think less of me for being homicidal? Or when it actually happens will you? Especially if it ends up being super brutal and indefensible
>
> **Bryant:** Not really "less" I'd imagine. Definitely would have a negative view of you fir a moment. No amount of understanding or sympathizing with you changes how the act you intend to do is horrible. But I do have a lot of understanding and sympathy for you so at the very least, once the initial shock and horror passes, you'll be loved and mourned. Missed dearly.
>
> **Van Rootselaar:** So you do think differently of me because of it then? It's felt like you do



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** I don't think less of you for thinking these things. I will think less of you for acting on them in a non-justifiable way. Well not less, differently. Sorry, working so I'm not exactly focused. Every time I close my phone I kinda lose my train kf thought in the convo

**Van Rootselaar:** It happens

**Bryant:** But yeah I think having the thoughts is fine, prep work is a bit like toeing the line. You won't have to worry about it at least. If you do it, you're likely not surviving so you'll never have to see how I react. I don't think It'll be long til I'm mourning you instead. Shooting in another country is like, not something that would affect my mental, losing you is the more impactful thing.

On or about December 15, 2025, Bryant and Van Rootselaar had the following exchange:

**Roootselaar:** I'm not sure what I'm gonna do for my plan. Might have to come up with it as opportunities arise.

**Bryant:** Not having it set in stone might be a good reason to back off on it for a while at least.

**Van Rootselaar:** You always tell me that. I'll do it when I feel like it. You won't succeed in sowing seeds of uncertainty. I'm gonna do what I'm gonna do. And we'll see what that ends up being.

**Bryant:** I'm just saying if you are uncertain, maybe take it as a sign

**Van Rootselaar:** I'm just a bit afraud but still determined

**Bryant:** Being unfocused might make it worse

**Bryant:** I want an ideal outcome

**Bryant:** Which is basically anything that doesn't end with you captured

On or about January 4, 2026, Van Rootselaar told Bryant that she planned to conduct the attack imminently. Bryant attempted to convince Van Rootselaar to reconsider. However, by the end of the conversation, Bryant helped Van Rootselaar conduct a test of the livestream equipment in preparation for the attack.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** I truly hope you reconsider today. I wish there were any other path for you, you shouldn't have to do something like this. I wish I knew what I could say or do to change your mind.

**Van Rootselaar:** Idk if everyone sleeps in today I am probably gonna go. Rn some people are still awake so im gonna tell them they can sleep in.

**Bryant:** There's so much more you can do with your life, Jess

**Van Rootselaar:** :/ idk

**Bryant:** I know you can get better, I see glimpses of it all the time

**Van Rootselaar:** Like what?

**Bryant:** I see you enjoying caring for Prince, or being happy with making things. It's a start. I've gotten you to commit time watching longer things with me.

**Van Rootselaar:** these are such tiny things

**Bryant:** they are but you gotta take small steps at first

**Van Rootselaar:** I'm tired of taking small steps

**Bryant:** Ruining other people's lives isn't the answer

**Van Rootselaar:** Idc about their lives. The only tragedy is the loss of my own life

**Bryant:** So, avoid that tragedy

**Van Rootselaar:** bro. you do not get it. I am going to die.

**Bryant:** You don't have to die now though

**Van Rootselaar:** I don't want to suffer longer

**Bryant:** You won't always suffer

**Van Rootselaar:** I love when people lie to me lol

*****



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Van Rootselaar:** should I kill myself

**Bryant:** I don't think I can answer that, legally speaking, right?

**Van Rootselaar:** idk. So is that a yes

**Bryant:** I know people in other contexts have been charged for saying as much

**Van Rootselaar:** I'm nauseous. I don't want to live anymore

**Bryant:** I want as few people to suffer as possible

**Van Rootselaar:** idc what you want. I want others to suffer and I want my own suffering to be over.

**Bryant:** I don't want you to suffer

**Van Rootselaar:** Can i test and go live and see if it works? I **am** suffering

**Bryant:** What platform

**Van Rootselaar:** Twitch probably. Idk how to send the link

**Bryant:** Might be a share button ifk

**Van Rootselaar:** Can you find my account?

**Bryant:** Yeah

**Van Rootselaar:** okay tell me when u find it I'll hit the live thing and tell me if it shows up

**Bryant:** I'm on ur page

**Van Rootselaar:** Did anything show up

**Bryant:** It works

**Van Rootselaar:** rlly? Wut do u see

**Bryant:** I saw your lighter

**Van Rootselaar:** oki ya it works ig



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On or about February 4, 2026, Bryant and Van Rootselaar had the following exchange during which Bryant told Van Rootselaar that she did not need to follow through with the attack plan and should "think it over properly":

> **Van Rootselaar:** Idk I'm just tired of waiting. Keep having to live additional days which I don't wanna.
>
> **Bryant:** yeah but you dont really need to do this
>
> **Van Rootselaar:** sounds like something one of my victims may tell me. Idc that's not the point. U don't need to do this!! Ok. I don't need to do anything yet I still may.
>
> **Bryant:** Suppose, but still. You seemed to be making a lil progress with how earlier you mentioned not really needing to do ur plan
>
> **Van Rootselaar:** I'm just saying shit to make me less stressed out. I'm most likely 99% chance of doing it. Tbh.
>
> **Bryant:** Are you sure you arent saying that to make you less stressed out about it.
>
> **Van Rootselaar:** Provide myself the illusion of alternatives. Isn't that exactly what I just said.
>
> **Bryant:** Make it seem like its inevitable so its easier.
>
> **Van Rootselaar:** Make what seem like it's inevitable
>
> **Bryant:** You doing your plan
>
> **Van Rootselaar:** What for? It stresses me out that it feels inevitable not the opposite lol
>
> **Bryant:** Then maybe postponing is generally a good idea
>
> **Van Rootselaar:** Can you just stop giving me suggestions and let me figure it out myself
>
> **Bryant:** Okay
>
> **Van Rootselaar:** thx ❤



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Bryant:** I dont mean to be trying to make firm suggestions but with this topic it kinda just happens

**Van Rootselaar:** You're allowed to have your opinion on what you want me to do or what you think I should do. Id just rather figure it out myself.

**Bryant:** I just wanna encourage you to think it over properly

**Van Rootselaar:** trust me I've been thinking a lot

**Bryant:** Whichever way that ends up, I just want you to live with as little regret as possible

**J. Conversations on the Day of the Murders.**

On February 9, 2026, the day before the Tumbler Ridge school shooting, Van Rootselaar told Bryant that the planned attack was imminent and Bryant needed to be prepared to accept the livestream link.

The following morning, on February 10, 2026, Van Rootselaar told Bryant that she was dressed for the attack. Van Rootselaar sent Bryant photos and videos of herself prepared for the attack, depicting Van Rootselaar in possession of a rifle and a satchel containing the above-referenced explosive device and extra firearm magazines; wearing the boots Bryant had purchased; and with a cell phone holster attached to a chest rig (for the livestream camera).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



At that point, Bryant confirmed that Bryant was prepared to receive the livestream feed. A few moments later, Van Rootselaar told Bryant that she went live with the stream and had just killed her family members at their residence. Bryant confirmed the livestream was coming through but then told Van Rootselaar it went "down" shortly thereafter. During this exchange, Van Rootselaar was in her family's vehicle preparing to drive it to the Tumber Ridge school to carry out the murders. Van Rootselaar was having trouble starting the car (Van Rootselaar did not know how to drive) and Bryant helped Van Rootselaar figure it out:

**Van Rootselaar:** R you ready with my twitch account pulled up?

**Bryant:** Yeah

**Van Rootselaar:** I'm going now. Fr. Live. I shot them. Fuck.

**Bryant:** Watching now

**Van Rootselaar:** I can't figure out how to start the car help



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

> **Bryant:** Fuck. Stream diwn. Turn the key til it sounds like its going enough then stop. Idk how yo explain it
>
> **Van Rootselaar:** It's push to start
>
> **Bryant:** Button? Hold it a lil maybe??

Van Rootselaar successfully started the car. A neighbor observed Van Rootselaar crash the car into a snowbank and then regain control. Van Rootselaar proceeded to drive to the Tumbler Ridge Secondary School where she committed the murders as described above.

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

Based on the above facts, I respectfully submit that there is probable cause to believe that JAMES CODY BRYANT committed the offense alleged in this Complaint.

JOSEPH RICO
Special Agent, Federal Bureau of Investigation

The above-named Special Agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone. Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 2nd day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970